# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED MARCH 14, 2025

---

### NO. 03-24-00293-CR

---

**Armando Cubriel, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, CRUMP
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE CRUMP**

---

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgment in Count V, for the offense of retaliation, that requires correction. Therefore, the Court modifies the trial court's judgment and sentence in Count V to reflect that appellant was convicted of a third-degree felony for that offense. The judgment in Count V, as modified, is affirmed; and the judgments in Counts I, III, and IV are affirmed, as well. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.